**Richard R. HERNANDEZ,**
**Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

**No. 02–7380.**

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**John R. HOFMANN, Claimant–**
**Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

**No. 02–7393.**

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**James D. JONES, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

**No. 02–7406.**

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.